177 So. 923

**Allen MOSS v. STATE.**

**1 Div. 278.**

Court of Appeals of Alabama.

Nov. 23, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed.

184 So. 919

**MULLIN GIN & MILLING CO. v. Thomas HAYES.**

**4 Div. 423.**

Court of Appeals of Alabama.

Nov. 10, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.

179 So. 926

**Cecil MURRY v. STATE.**

**8 Div. 689.**

Court of Appeals of Alabama.

Feb. 8, 1938.

BRICKEN, Presiding Judge.

Affirmed.

177 So. 923

**G. O. NAIL v. CITY OF BIRMINGHAM.**

**6 Div. 195.**

Court of Appeals of Alabama.

Nov. 16, 1937.

PER CURIAM.

Appeal dismissed on motion of appellant.

177 So. 923

**G. O. NAIL v. CITY OF BIRMINGHAM.**

**6 Div. 196.**

Court of Appeals of Alabama.

Nov. 16, 1937.

PER CURIAM.

Appeal dismissed on motion of appellant.

177 So. 923

**G. O. NAIL v. CITY OF BIRMINGHAM.**

**6 Div. 198.**

Court of Appeals of Alabama.

Nov. 16, 1937.

PER CURIAM.

Appeal dismissed on motion of appellant.